| CO. JBQ | FILE 909286 | DEPT. 000004 | CLOCK | VCHR. NO. 0000040050 | 1 |
|---|---|---|---|---|---|

## Earnings Statement

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Period Beginning: | 01/11/2026 |
|---|---|
| Period Ending: | 01/17/2026 |
| Pay Date: | 01/23/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 37.37 | 887.54 | 2,743.61 |
| **Gross Pay** | | | **$887.54** | 2,743.61 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 14.40 | |
| Totl Hrs Worked | 37.37 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.97 | 90.26 |
| | Social Security Tax | -55.02 | 170.10 |
| | Medicare Tax | -12.87 | 39.78 |
| | PA State Income Tax | -27.25 | 84.23 |
| | Hazle Twp Local Svc Tax | -1.00 | 4.00 |
| | Hazleton Cit Income Tax | -18.86 | 58.30 |
| | PA SUI Tax | -0.62 | 1.92 |
| | **Net Pay** | **$727.95** | |
| | CHECKING | -727.95 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $887.54

© 2000 ADP, Inc.

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Advice number: | 00000040050 |
|---|---|
| Pay date: | 01/23/2026 |

THIS IS NOT A CHECK

Deposited to the account of
CARLOS RAFAEL MATOS CUEVAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8042 | xxxx xxxx | $727.95 |

**NON-NEGOTIABLE**

< 1 / 1 >

Case 5:26-bk-00740   Doc 4   Filed 03/19/26   Entered 03/19/26 17:33:13   Desc Main Document   Page 1 of 8

| CO. JBQ | FILE 909286 | DEPT. 000004 | CLOCK | VCHR. NO. 0000050050 | 1 |
|---------|-------------|--------------|-------|---------------------|---|

**Earnings Statement**

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

Period Beginning: 01/18/2026
Period Ending: 01/24/2026
Pay Date: 01/30/2026

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 18.82 | 446.98 | 3,190.59 |
| **Gross Pay** | | | **$446.98** | 3,190.59 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Pto | 15.15 | |
| Totl Hrs Worked | 18.82 | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -27.72 | 197.82 |
| | Medicare Tax | -6.48 | 46.26 |
| | PA State Income Tax | -13.72 | 97.95 |
| | Hazle Twp Local Svc Tax | -1.00 | 5.00 |
| | Hazleton Cit Income Tax | -9.50 | 67.80 |
| | PA SUI Tax | -0.31 | 2.23 |
| | Federal Income Tax | | 90.26 |
| | **Net Pay** | **$388.25** | |
| | CHECKING | -388.25 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $446.98

© 2000 ADP, Inc.

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

Advice number: 00000050050
Pay date: 01/30/2026

Deposited to the account of
CARLOS RAFAEL MATOS CUEVAS

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx8042 | xxxx xxxx | $388.25 |



**NON-NEGOTIABLE**

‹ 1 / 1 ›



| CO. JBQ | FILE 909286 | DEPT. 000004 | CLOCK | VCHR. NO. 0000060050 | 1 |

**Earnings Statement**

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Period Beginning: | 01/25/2026 |
| Period Ending: | 01/31/2026 |
| Pay Date: | 02/06/2026 |

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 39.98 | 949.53 | 4,140.12 |
| **Gross Pay** | | | **$949.53** | 4,140.12 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 16.75 | |
| Totl Hrs Worked | 39.98 | |

| Deductions | Statutory | | |
|---|---|---|
| | Federal Income Tax | -51.41 | 141.67 |
| | Social Security Tax | -58.87 | 256.69 |
| | Medicare Tax | -13.77 | 60.03 |
| | PA State Income Tax | -29.15 | 127.10 |
| | Hazle Twp Local Svc Tax | -1.00 | 6.00 |
| | Hazleton Cit Income Tax | -20.18 | 87.98 |
| | PA SUI Tax | -0.67 | 2.90 |
| | **Net Pay** | **$774.48** | |
| | CHECKING | -774.48 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $949.53

© 2000 ADP, Inc.

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Advice number: | 00000060050 |
| Pay date: | 02/06/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CARLOS RAFAEL MATOS CUEVAS | xxxxxx8042 | xxxx xxxx | $774.48 |

**NON-NEGOTIABLE**

< 1 / 1 >

Case 5:26-bk-00740   Doc 4   Filed 03/19/26   Entered 03/19/26 17:33:13   Desc Main
Document      Page 3 of 8



| CO. JBQ | FILE 909286 | DEPT. 000004 | CLOCK | VCHR. NO. 0000070051 | 1 |
|---------|-------------|--------------|-------|---------------------|---|

**Earnings Statement**

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Period Beginning: | 02/01/2026 |
|---|---|
| Period Ending: | 02/07/2026 |
| Pay Date: | 02/13/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 38.02 | 902.98 | 5,043.10 |
| **Gross Pay** | | | **$902.98** | 5,043.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 18.27 | |
| Totl Hrs Worked | 38.02 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -45.82 | 187.49 |
| | Social Security Tax | -55.98 | 312.67 |
| | Medicare Tax | -13.09 | 73.12 |
| | PA State Income Tax | -27.72 | 154.82 |
| | Hazle Twp Local Svc Tax | -1.00 | 7.00 |
| | Hazleton Cit Income Tax | -19.19 | 107.17 |
| | PA SUI Tax | -0.63 | 3.53 |
| | **Net Pay** | **$739.55** | |
| | CHECKING | -739.55 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $902.98

© 2020 ADP, Inc.

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Advice number: | 00000070051 |
|---|---|
| Pay date: | 02/13/2026 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CARLOS RAFAEL MATOS CUEVAS | xxxxxx8042 | xxxx xxxx | $739.55 |



**NON-NEGOTIABLE**

Case 5:26-bk-00740    Doc 4    Filed 03/19/26    Entered 03/19/26 17:33:13    Desc Main Document     Page 4 of 8

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| J8Q | 909286 | 000004 | | 0000080049 | 1 |

**Earnings Statement**

CHASON  LOGISTICS  LLC
2150  NORTH  PARK  DRIVE
HAZLE  TOWNSHIP,  PA  18202

| | |
|---|---|
| Period Beginning: | 02/08/2026 |
| Period Ending: | 02/14/2026 |
| Pay Date: | 02/20/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

CARLOS  RAFAEL  MATOS  CUEVAS
638  HARRISON  STREET
HAZLETON  PA  18201

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 39.55 | 939.31 | 5,982.41 |
| **Gross Pay** | | | **$939.31** | 5,982.41 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Pto | 19.85 | |
| Totl Hrs Worked | 39.55 | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -50.18 | 237.67 |
| | Social Security Tax | -58.24 | 370.91 |
| | Medicare Tax | -13.62 | 86.74 |
| | PA State Income Tax | -28.84 | 183.66 |
| | Hazle Twp Local Svc Tax | -1.00 | 8.00 |
| | Hazleton Cit Income Tax | -19.96 | 127.13 |
| | PA SUI Tax | -0.66 | 4.19 |
| | **Net Pay** | **$766.81** | |
| | CHECKING | -766.81 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**
BASIS  OF  PAY:  HOURLY

Your  federal  taxable  wages  this  period  are  $939.31

© 2000 ADP, Inc.

CHASON  LOGISTICS  LLC
2150  NORTH  PARK  DRIVE
HAZLE  TOWNSHIP,  PA  18202

| | |
|---|---|
| Advice number: | 00000080049 |
| Pay date: | 02/20/2026 |

Deposited  to  the  account  of
CARLOS  RAFAEL  MATOS  CUEVAS

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx8042 | xxxx xxxx | $766.81 |



**NON-NEGOTIABLE**

  

| CO.<br>J8Q | FILE<br>909286 | DEPT.<br>000004 | CLOCK | VCHR. NO.<br>0000090048 | 1 |
|---|---|---|---|---|---|

**Earnings Statement**



CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

Period Beginning: 02/15/2026
Period Ending: 02/21/2026
Pay Date: 02/27/2026

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 20.28 | 481.65 | 6,464.06 |
| Gross Pay | | | $481.65 | 6,464.06 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1.72 | 239.39 |
| | Social Security Tax | -29.86 | 400.77 |
| | Medicare Tax | -6.99 | 93.73 |
| | PA State Income Tax | -14.79 | 198.45 |
| | Hazle Twp Local Svc Tax | -1.00 | 9.00 |
| | Hazleton Cit Income Tax | -10.24 | 137.37 |
| | PA SUI Tax | -0.33 | 4.52 |
| | Net Pay | $416.72 | |
| | CHECKING | -416.72 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 20.66 | |
| Totl Hrs Worked | 20.28 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $481.65

© 2000 ADP, Inc.

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

Advice number: 00000090048
Pay date: 02/27/2026



Deposited to the account of
CARLOS RAFAEL MATOS CUEVAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8042 | xxxx xxxx | $416.72 |

**NON-NEGOTIABLE**

1 / 1

| CO. J8Q | FILE 909286 | DEPT. 000004 | CLOCK | VCHR. NO. 0000100048 | 1 |
|---------|-------------|--------------|-------|----------------------|---|

**Earnings Statement**



CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Period Beginning: | 02/22/2026 |
|---|---|
| Period Ending: | 02/28/2026 |
| Pay Date: | 03/06/2026 |

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 37.70 | 895.38 | 7,359.44 |
| Gross Pay | | | $895.38 | 7,359.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 22.17 | |
| Totl Hrs Worked | 37.70 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -44.91 | 284.30 |
| | Social Security Tax | -55.52 | 456.29 |
| | Medicare Tax | -12.98 | 106.71 |
| | PA State Income Tax | -27.49 | 225.94 |
| | Hazle Twp Local Svc Tax | -1.00 | 10.00 |
| | Hazleton Cit Income Tax | -19.03 | 156.40 |
| | PA SUI Tax | -0.63 | 5.15 |

**Important Notes**
BASIS OF PAY: HOURLY

| Net Pay | $733.82 |
|---|---|
| CHECKING | -733.82 |
| Net Check | $0.00 |

Your federal taxable wages this period are $895.38

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

| Advice number: | 00000100048 |
|---|---|
| Pay date: | 03/06/2026 |



Deposited to the account of
CARLOS RAFAEL MATOS CUEVAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8042 | xxxx xxxx | $733.82 |

**NON-NEGOTIABLE**

< 1 / 1 >

Case 5:26-bk-00740   Doc 4   Filed 03/19/26   Entered 03/19/26 17:33:13   Desc Main
Document   Page 7 of 8

| CO. J8Q | FILE 909286 | DEPT. 000004 | CLOCK | VCHR. NO. 0000110047 | 1 |
|---------|-------------|--------------|-------|----------------------|---|

# Earnings Statement

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

Period Beginning: 03/01/2026
Period Ending: 03/07/2026
Pay Date: 03/13/2026

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

CARLOS RAFAEL MATOS CUEVAS
638 HARRISON STREET
HAZLETON PA 18201

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 20.87 | 495.66 | 7,855.10 |
| Paid Time Off | 23.7500 | 19.00 | 451.25 | 451.25 |
| **Gross Pay** | | | **$946.91** | 8,306.35 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Pto | 4.01 | |
| Totl Hrs Worked | 20.87 | |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -51.09 | 335.39 |
| | Social Security Tax | -58.70 | 514.99 |
| | Medicare Tax | -13.73 | 120.44 |
| | PA State Income Tax | -29.07 | 255.01 |
| | Hazle Twp Local Svc Tax | -1.00 | 11.00 |
| | Hazleton Cit Income Tax | -20.12 | 176.52 |
| | PA SUI Tax | -0.66 | 5.81 |
| **Net Pay** | | **$772.54** | |
| CHECKING | | -772.54 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $946.91

CHASON LOGISTICS LLC
2150 NORTH PARK DRIVE
HAZLE TOWNSHIP, PA 18202

Advice number: 00000110047
Pay date: 03/13/2026

Deposited to the account of
CARLOS RAFAEL MATOS CUEVAS

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx8042 | xxxx xxxx | $772.54 |



**NON-NEGOTIABLE**

Case 5:26-bk-00740  Doc 4  Filed 03/19/26  Entered 03/19/26 17:33:13  Desc Main
Document  Page 8 of 8