# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| | : | |
| Carlos R. Matos | : | |
| | : | NO. 5:26-bk-00740-MJC |
| Debtor(s) | : | |
| | : | |
| | : | |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK OF THE COURT:

Please be advised that Christopher B. Slusser, Esquire of the Slusser Law Firm, 1620 North Church Street, Suite 1, Hazleton, Pennsylvania 18202, hereby enters his appearance on behalf of the Creditor, Hazleton City Authority, and requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully submitted,

THE SLUSSER LAW FIRM

Date: 3/30/26

BY /s/ Christopher B. Slusser, Esquire
CHRISTOPHER B. SLUSSER, ESQUIRE
1620 North Church Street, Suite 1
Hazleton, PA 18202
(570) 453-0463
Email: chriss@slusserlawfirm.com
Attorney for Hazleton City Authority