**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>Debtors<br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>Jack N Zaharopoulos<br>Respondents | Chapter 13<br><br>Bankruptcy No. 26-00740 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of Citizens Bank, N.A., secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated: April 7, 2026

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com