<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

</div>

| | |
|---|---|
| In re:   Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br><div align="center">Debtor</div>Citizens Bank, N.A., or its Successor or Assignee<br><div align="center">Movant</div><div align="center">vs.</div>Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>Jack N Zaharopoulos<br><div align="center">Respondents</div> | Chapter 13<br><br>Bankruptcy No. 26-00740 |

<div align="center">

**CERTIFICATION OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST OF**
**SERVICE FOR SERVICE OF PAPERS**

</div>

I, Andrew M. Lubin, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Notice of Appearance and Request of Service for Service of Papers, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: April 7, 2026

| | | |
|---|---|---|
| Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>638 Harrison Street<br>Hazleton, PA 18201 | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 |

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com