UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
CARLOS R MATOS CUEVAS, : 
       Debtor :   CHAPTER 13
  : 
    JACK N. ZAHAROPOULOS : 
    STANDING CHAPTER 13 TRUSTEE : 
       Movant :   CASE NO.  5:26-BK-00740-MJC
  : 
CARLOS R MATOS CUEVAS, : 
       Respondent : 

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 4th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a.  The Plan is underfunded relative to claims to be paid – 100%.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

                            Respectfully submitted:

                            Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            (717) 566-6097

                        BY:  /s/ Agatha R. McHale
                              Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 4th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


SABATINI LAW FIRM, LLC
216 NORTH BLAKELY STREET
DUNMORE, PA 18512-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

2