United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                 Case No. 26-00740-MJC

Carlos R Matos Cuevas                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                      Page 1 of 2

Date Rcvd: May 04, 2026              Form ID: ntcnfhrg                    Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos R Matos Cuevas, 638 Harrison Street, Hazleton, PA 18201-4634 |
| cr | + | Hazleton City Authority, 400 E. Arthur Gardner Parkway, Hazleton, PA 18201, UNITED STATES 18201-7395 |
| 5788986 | + | Cindy Paulino, 638 Harrison St, Hazleton, PA 18201-4634 |
| 5788988 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy, Hazleton, PA 18201-7395 |
| 5788991 | #+ | McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5788992 | | Mission Lane Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5788994 | + | The Slusser Law Firm, Attn: Christopher B. Slusser, 1620 North Church Street, Suite 1, Hazleton, PA 18202-9509 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 04 2026 19:00:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, P.O. Box 961245, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 5788985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2026 19:04:42 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5793529 | ^ | MEBN | May 04 2026 18:55:35 | Citizens Bank, N.A., 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 5788987 | ^ | MEBN | May 04 2026 18:56:08 | Citizens One, Attn: Bankruptcy, CCO Mortgage Corp. 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 5789909 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 04 2026 19:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5788989 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 04 2026 19:00:00 | Jefferson Capital Systems, 200 14th Ave East, Sartell, MN 56377-4500 |
| 5788990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2026 19:14:51 | Macys/CBNA, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5794149 | + | Email/Text: enotifications@santanderconsumerusa.com | May 04 2026 19:00:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5788993 | | Email/Text: enotifications@santanderconsumerusa.com | May 04 2026 19:00:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5788995 | | Email/Text: bkrcy@ugi.com | May 04 2026 19:00:00 | UGI Utilites, PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5793900 | *+ | Citizens Bank, N.A., 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank  N.A. nj-ecfmail@mwc-law.com |
| Carlo Sabatini | on behalf of Debtor 1 Carlos R Matos Cuevas usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com  lisab@slusserlawfirm.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carlos R Matos Cuevas,
aka Carlos Cuevas, aka Carlos Matos Cuevas, aka Carlos
Matos, aka Carlos R Matos C, aka Carlos Rafael Matos,
aka Carlos Rafael Matos Cuevas, aka Carlos R Matos,

**Debtor 1**

Chapter 13

Case No. 5:26−bk−00740−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 4, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2026 |

ntcnfhrg (08/21)