# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Chapter 13 |
|---|---|
| Carlos R Matos Cuevas, | Case No. 5:26-bk-00740-MJC |
| Debtor | |

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | ORDER CONFIRMING CHAPTER 13 PLAN | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: June 17, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Carlos R. Matos Cuevas<br>638 Harrison Street<br>Hazleton, PA 18201-4634 |
| Citizens Bank, N.A.<br>10561 Telegraph Rd<br>Glen Allen, VA 23059-4577 |
| Citizens One<br>Attn: Bankruptcy<br>CCO Mortgage Corp. 10561 Telegraph Rd<br>Glen Allen, VA 23059-4577 |
| Hazleton City Authority<br>400 E. Arthur Gardner Parkway<br>Hazleton, PA 18201-7395 |
| Jefferson Capital Systems<br>200 14th Ave East<br>Sartell, MN 56377-4500 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Macys/CBNA<br>Attn: Bankruptcy<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| McCabe, Weisberg & Conway, LLC<br>1420 Walnut Street, Suite 1501<br>Philadelphia, PA 19102-4015 |
| Midland Credit Management, Inc. as<br>Agent for Midland Funding, LLC<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mission Lane Credit Card<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |

| |
|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Santander Bank<br>Santander Consumer USA Inc.<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Bank, N.A.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| SANTANDER CONSUMER USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| The Slusser Law Firm<br>Attn: Christopher B. Slusser<br>1620 North Church Street, Suite 1<br>Hazleton, PA 18202-9509 |
| UGI Utilites<br>PO Box 13009<br>Reading, PA 19612-3009 |