Fill in this information to identify the case:

Debtor 1 ___See 1 in Addendum___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___MIDDLE___ District of ___PA___
(State)

Case number ___26-00740-MJC___

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** ___Citizens Bank, N.A.___   **Court claim no**. (if known): 3 _____

**Last 4 digits** of any number you use to identify the debtor's account:   4479 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 04/01/26 Plan review | (3) | $ 400.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 04/08/26 | (5) | $ 825.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: 410A preparation | 04/08/26 | (11) | $ 325.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 5:26-bk-00740-MJC   Doc    Filed 06/17/26   Entered 06/17/26 09:57:59   Desc
Main Document    Page 1 of 5

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

06/17/26

✗   /s/ Andrew M. Lubin_____  Date ____/____/_____
     Signature

Print:   Andrew M. Lubin_____  Title  Attorney for creditor_____
     First Name     Middle Name     Last Name

Company   McCabe, Weisberg & Conway, LLC_____

Address   1420 Walnut Street, Suite 1501_____
     Number     Street
     Philadelphia, PA 19102_____
     City     State     ZIP Code

Contact phone ( 215 ) 790 – 1010_____  Email ecfmail@mccabeesq.com_____

Case 5:26-bk-00740-MJC    Doc    Filed 06/17/26    Entered 06/17/26 09:57:59    Desc
Main Document    Page 2 of 5

# Addendum

1.  Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos

2.  Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>Debtor(s)<br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 26-00740-MJC |

**CERTIFICATION OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Andrew M. Lubin, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:   06/17/26

| | | |
|---|---|---|
| Carlos R Matos Cuevas aka Carlos Matos aka Carlos Cuevas aka Carlos Matos Cuevas aka Carlos R Matos C aka Carlos Rafael Matos Cuevas aka Carlos R Matos aka Carlos Rafael Matos<br>638 Harrison Street<br>Hazleton, Pennsylvania 18201<br>Debtor | Carlo Sabatini, Esquire<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, Pennsylvania 18512<br>Attorney for Debtor<br><br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, Pennsylvania 17102 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

/s/ Andrew M. Lubin
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com